**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

HARTFORD LIFE INSURANCE COMPANY,

                Plaintiff,

    -against-

SAVITRIE ALLEN, CHARLIE CAMERON, GEORGE CAMERON, and ADAM CAMERON,

                Defendants.

------------------------------------------------------------x

**NOTICE OF APPEARANCE OF MATHEW PAULOSE, JR., ESQ., FOR DEFENDANTS**

10CV5529 (RJH)

      To the Clerk of this Court and all parties and attorneys of record, please enter the appearance of the undersigned as lead counsel for the defendants.  I declare pursuant to 28 U.S.C. § 1746 that I am admitted to practice before this Court.

Dated: New York, New York
       August 31, 2010

                                          **KOEHLER & ISAACS LLP**
                                          Attorneys for Defendants
                                          61 Broadway, 25th Floor
                                          New York, NY 10006
                                                917 551 1353

           By:    s/Mathew Paulose Jr.
                **MATHEW PAULOSE JR., ESQ. (MP6002)**