# Koehler & Isaacs LLP

SEP - 1 2010

Mathew Paulose Jr., Esq.

September 1, 2010

**By fax 212 805 7948**
Honorable Richard J. Holwell
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/10

**Re: Hartford v. Allen et al., 10CV5529 (RJH)**

Your Honor:

We are the attorneys for defendants in this insurance interpleader action. We write to respectfully request an enlargement of time to respond to the complaint.

Plaintiff Hartford Life Insurance Company commenced this interpleader action on July 20, 2010, seeking to absolve itself of any conflicting claims to the proceeds of a life insurance issued to the deceased husband of defendant Savitrie Allen. Ms. Allen is the sole beneficiary to the proceeds; her sons (who are the remaining three defendants) the contingent beneficiaries. According to the docket, the defendants were served with the complaint on or about July 21, 2010, at the home where they live together; their answers were due on August 11, 2010. Since then, we have been working diligently to interview the defendants and determine whether any claims are truly conflicting and whether we may represent all four defendants within the confines of our ethical obligations.

Accordingly, we respectfully request an enlargement of time until September 10, 2010, to respond to the complaint. Counsel for plaintiff has graciously consented. This is our first request for an enlargement of time.

Sincerely,

Koehler & Isaacs LLP

By: _____
Mathew Paulose Jr., Esq.

So ORDERED

_____
USDJ
9/7/10

Koehler & Isaacs LLP, 61 Broadway, New York, New York 10006, Direct Dial: 917 551 1353 (tel), 917 551 0031 (fax)