USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARTFORD LIFE INSURANCE COMPANY,

                              Plaintiff,

-against-

SAVITRIE ALLEN, CHARLIE CAMERON, GEORGE
CAMERON, and ADAM CAMERON,

                              Defendants.
------------------------------------------------------------------X

Civ. Act. No.
2010-cv-05529(RJH)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that this Court has both personal and subject matter jurisdiction over this action;

      IT IS FURTHER STIPULATED AND AGREED that pursuant to FED. R. CIV. PROC. Rule 22 and FED. R. CIV. PROC. Rule 67, Plaintiff Hartford Life Insurance Company ("Hartford") shall deposit the $358,000 in accidental death and dismemberment ("AD&D") proceeds payable as a result of the death of Charlie R. Cameron (the "Decedent") under two AD&D policies issued to Financial Services Association as policyholder, designated as policy numbers 50A-1718 and ADD-9961 (the "Policies"), plus applicable interest accruing up to and including October 22, 2010, which totals $387,601.21 (collectively, the "Proceeds"), into the registry of the court in an interest bearing account within fourteen (14) days of the date of this Order;

      IT IS FURTHER STIPULATED AND AGREED that pursuant to Rule 67.1(b)(2) of the Local Rules of Civil Procedure for the United States District Court for the Southern District of New York, the Clerk of the Court may deduct from the income on the investment a fee equal to ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office;

NY/602360v1

IT IS FURTHER STIPULATED AND AGREED, that Hartford waives any claims to the Proceeds; that Hartford is discharged from any further liability in connection with the claims asserted by the defendants herein to the Proceeds, and all claims and counterclaims that have been or that could have been asserted by the defendants against Hartford in this action are hereby dismissed with prejudice;

IT IS FURTHER STIPULATED AND AGREED that upon payment of the Proceeds this action will be dismissed with prejudice as against Hartford; and

IT IS FURTHER STIPULATED AND AGREED, that each of the defendants be restrained and enjoined from instituting, prosecuting or maintaining, directly or indirectly, any claim or action of any type or kind against Hartford arising from or in any manner connected with the Policies, the Death Benefit thereunder, and/or their respective claims for payment of some or all of such Death Benefit.

Dated: New York, New York
October 22, 2010

_____
Michael H. Bernstein (MB-0579)
Elizabeth R. Chesler (EC-1981)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Plaintiff
Aetna Life Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

_____
Mathew Paulose Jr., Esq.
Koehler & Isaacs LLP
61 Broadway, 25th Fl.
New York, NY 10006
Attorneys for Defendants

SO ORDERED:

Dated: New York, New York
October 22, 2010

_____
Hon. Richard J. Holwell
United States District Judge