UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



HARTFORD LIFE INSURANCE COMPANY,

          Plaintiff,

- against -

SAVITRIE ALLEN, CHARLIE CAMERON,
GEORGE CAMERON, and ADAM
CAMERON,

          Defendants.

10 Civ. 05529 (RJH)

**ORDER**

On October 22, 2010, the Court so-ordered the parties' stipulation requiring plaintiff Hartford Life Insurance Company to deposit insurance proceeds and interest totaling $387,601.21 with the registry of the court, and, upon plaintiff's payment of those proceeds, dismissing this action with prejudice. On November 3, 2010, plaintiff's counsel deposited that amount with the court. Thus this action is hereby dismissed with prejudice. The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: New York, New York
       November 30, 2010

                               Richard J. Holwell
                             United States District Judge

1