UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
HARTFORD LIFE INSURANCE COMPANY,

                    Plaintiff,

       - against -                              10 Civ. 05529 (RJH)

SAVITRIE ALLEN, CHARLIE CAMERON,                **ORDER**
GEORGE CAMERON, and ADAM
CAMERON,

                    Defendants.
```

On November 30, 2010, the Court so-ordered an order dismissing this action with prejudice. That order was error and is hereby voided. This action is not dismissed with prejudice. However, Hartford Life Insurance Company is hereby dismissed from this action. The Clerk of the Court is directed to re-open this case. A status conference will be held on January 7, 2011, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       December 2, 2010

_____
Richard J. Holwell
United States District Judge

1